UNION COUNTY TRUST COMPANY v. ALFRED S. BROWN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANNA GRAF for Payment of Her Mortgage from the Payment of Award Made for Damage Parcel No. 120 on the Damage Map and in the Final Decree of the Supreme Court in the Proceeding Entitled: " New York Supreme Court, First Judicial District: In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., for the Widening of Chrystie Street from Canal Street to East Houston Street, Forsyth Street, from East Broadway to East Houston Street, Hester Street, Broome Street, Rivington Street to Forsyth Street, Together with the Additional Lands to Be Acquired in Connection Therewith in the Borough of Manhattan, City of New York."— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

BRONX GATEWAY SERVICE STATIONS, INC., v. THE PURE OIL COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

EMIL F. FONDER and Others v. SAMUEL H. VALLANCE and Others, and AMERICAN AUSTIN CAR COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

HENRY I. GILBERT, on Behalf of Himself and All Other Stockholders of Asso- CIATED GAS AND ELECTRIC COMPANY, v. DANIEL STARCH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy and Glennon, JJ.

GERTRUDE C. ARMSTRONG v. B. WHEELER DYER and Others and J. OAKLEY HOBBY, JR., and Others.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 243 App. Div. 764.]

CATHARINE INACE GILLESPIE v. JOSEPH A. CORR, as Substituted Trustee under the Trust Indenture Made by CATHARINE INACE ALLEN, Dated July 27th, 1922. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HARRY NEUMANN for a Peremptory Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Petition of PERRYMAN-BURNS COAL CO., INC., for the Consolidation and Removal of Certain Actions Pending in the Municipal Court of the City of New York, Instituted against the Petitioner by PUBLIC ICE-FUEL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of JOSEPH ALBANO v. THOMAS W. HAMMOND, as Sanitation Commissioner of the Sanitation Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied as unnecessary.